```
           IN THE UNITED STATES DISTRICT COURT FOR
           THE DISTRICT OF MARYLAND, NORTHERN DIVISION
                                    *
JACLYN C. FIREISON
                                    *
        Plaintiff,
v.                                  *      CIVIL NO.: WDQ-06-279

EQUIFAX, INC.,et al.,               *

        Defendants.                 *

*   *   *   *   *   *   *   *   *   *   *   *   *
```

ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is this 25th day of April 2006, ordered that:

1. AmeriCredit Financial Services, Inc's motion to dismiss BE, and HEREBY IS, GRANTED;

2. Calvary Portfolio Services, LLC's motion to dismiss Count VIII, BE and HEREBY IS, GRANTED; and

3. The Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

```
                                  /s/
                        William D. Quarles, Jr.
                        United States District Judge
```