IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JACLYN C. FIREISON | * | |
| Plaintiff | * | |
| v. | * | Case No. WDQ-06-CV-279 |
| EQUIFAX, INC., et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Jaclyn C. Fireison and Defendants Equifax, Inc., AmeriCredit Financial Services, Inc., and Cavalry Portfolio Services, LLC, by their respective undersigned counsel, hereby stipulate to the dismissal with prejudice of any and all claims alleged or asserted in the above-captioned action.

_____/s/_____
Louis Fireison (Bar No. 16397)
*Louis Fireison & Associates, P.A.*
Air Rights Center, Suite 1215 North
4550 Montgomery Avenue
Bethesda, Maryland 20814-3344
Tel.: (301) 652-7500
Fax: (301) 951-6260
*Counsel for Plaintiff Jacyln Fireison*

_____/s/_____
Nathan D. Adler
*Neuberger, Quinn, Gielen, Rubin & Gibber*
1 South Street, 27th Floor
Baltimore, Maryland 21202
Tel.: (410) 332-8550
Fax: (410) 332-8594
*Counsel for Defendant Equifax, Inc.*

_____/s/_____
William M. Rudow, Esquire
*William M. Rudow, LLC*
5603 Newbury Street
Baltimore, Maryland 21209
Tel.: (410) 542-6000
Fax: (410) 542-9500
*Counsel for Defendant AmeriCredit Financial Services, Inc.*

_____/s/_____
James M. Connolly
*KRAMER & CONNOLLY*
500 Redland Court, Suite 211
Owings Mills, Maryland 21117
Tel.: (410) 581-0070
Fax: (410) 581-1524
*Counsel for Defendant Cavalry Portfolio Services, LLC*

*SO ORDERED*

_____
Date

_____
William D. Quarles, Jr.
U.S. District Court Judge